USDC IN/ND case 3:08-mj-00047-CAN document 1 filed 06/02/08 page 1 of 3

# United States District Court

**NORTHERN** **DISTRICT OF** **INDIANA**

UNITED STATES OF AMERICA

V.

MARIA HERNANDEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:08MJ47

FILED
JUN 02 2008
At ___ M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 30, 2007 in Elkhart county, in the Northern District of Indiana, MARIA HERNANDEZ, defendant herein,

Willfully and knowingly made a false statement in an application for a passport with the intent to induce and secure the issuance of the passport under the authority of the United States, for her own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws;

in violation of Title 18 United States Code, Section 1542.

I further state that I am a Special Agent with the Bureau of Diplomatic Security, United States Department of State and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
CHRISTOPHER HARDY
Special Agent, Bureau of Diplomatic Security

Sworn to before me and subscribed in my presence,

June 2, 2008 at South Bend, Indiana
Date City and State

S/NUECHTERLEIN, CHRISTOPHER, MAG. J.

Christopher A. Nuechterlein, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

May 25, 1986 on the application. As proof of identity, HERNANDEZ presented a state of Indiana Driver's License #3580035042 in the name of Carmen Yanira Torres-Vizuet. As proof of citizenship, HERNANDEZ provided a Puerto Rico birth certificate in the name of Carmen Yanira Ayala-Roman, date of birth May 25, 1986.

5. On June 1, 2008, Carmen Yanira Ayala-Roman, date of birth May 25, 1986 was interviewed at her residence located at 4510 Lilac Lane, Apartment 83, Kalamazoo, Michigan 49006. Ayala-Roman identified the individual in the March 30, 2007 application as MARIA HERNANDEZ a former co-worker from Wendy's located at 5455 West Main Street, Kalamazoo, Michigan 49009. Ayala-Roman told agents HERNANDEZ lived in a "Brown" house on Lynn Street, Kalamazoo, Michigan, and provided HERNANDEZ's telephone number as 269-216-6050.

6. On June 1, 2008, a reverse telephone number lookup on 269-216-6050 provided the subscriber as MARIA HERNANDEZ of 1027 Lynn Avenue, Kalamazoo, Michigan 49008.

7. On June 1, 2008, checks of the Michigan State Police Image Retrieval revealed a MA TERESA HERNANDEZ, date of birth March 7, 1981, residing at 1027 Lynn Avenue, Kalamazoo, Michigan 49008. The Michigan Driver's License #H655567789175 of HERNANDEZ resembles the photograph of the individual submitted with the passport application dated March 30, 2007 in the identity of Carmen Yanira Torres-Vizuet.

8. For the reasons set forth above, I have probable cause to believe that MARIA HERNANDEZ did make false statements in a passport application in violation of Title 18, United States Code, Section 1542.

FURTHER AFFIANT SAYETH NOT.

Christopher Hardy, Special Agent
Bureau of Diplomatic Security

SUBSCRIBED TO AND SWORN BEFORE
me this 2nd day of June 2008

S/Christopher A. Nuechterlein

UNITED STATES MAGISTRATE JUDGE

STATE OF INDIANA )
)
COUNTY OF ST. JOSEPH )

AFFIDAVIT

I, Christopher Hardy, first being duly sworn, state the following under oath:

1. I am a Special Agent with the Diplomatic Security Service (DSS), United States Department of State, and have been employed as such since September 2006. Prior to this, I was a Special Agent, Counterintelligence, Department of the Army. As a Special Agent with DSS, I am currently assigned to the Chicago Field Office. My duties include investigations of passport and visa fraud. I am an "Investigative or Law Enforcement Officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations and to make arrests for felony offenses.

2. The information contained in this affidavit is based on my personal knowledge as well as information provided to me by other law enforcement officers. This affidavit is in support of a complaint charging MARIA HERNANDEZ, with making false statements in a passport application in violation of Title 18, United States Code, Section 1542; and using a passport obtained by false statements on four occasions in violation of Title 18, United States Code, Section 1542. This affidavit does not contain all of the information known to me regarding this investigation; but rather, only those facts I believe necessary to establish probable cause that HERNANDEZ committed the charged offense.

3. The United States Department of State is responsible for issuing United States Passports to United States citizens. A United States citizen requesting a passport is required to execute Department of State Form DS-11, Application for a United States Passport, before an authorized acceptance agent. At the time of application, the applicant must provide proof of United States citizenship and identity. The proof of identity and citizenship provided by the applicant are documented on Form DS-11 by the acceptance agent, as well as by a representative of the State Department's issuing office.

4. On March 30, 2007, MARIA HERNANDEZ executed Form DS-11, Application for United States Passport, before an authorized acceptance agent at the Goshen Post Office, 415 West Pike Street, Goshen, Indiana 46526-9998. HERNANDEZ represented herself as Carmen Yanira Torres-Vizuet with a date of birth of